# Court of Appeals
# of the State of Georgia

ATLANTA,    June 08, 2012

*The Court of Appeals hereby passes the following order:*

### A12A1130.  VILLANI v. NATIONWIDE MUTUAL FIRE INSURANCE COMPANY.

For the reasons discussed below, the above-styled appeal is hereby REMANDED to the Superior Court of Hall County so that the appellate record can be supplemented with additional materials.

The record reflects that on November 18, 2011, appellant filed his Notice of Appeal ("Notice") with the trial court.  The Notice listed certain documents for inclusion in the appellate record and contained five footnotes referencing additional materials:

> The Clerk shall only transmit the following record to the GA Court of Appeals: (1) Entry of Service on Nationwide, (2) Nationwide's Motion for Summary Judgment[1] ("SJM"), (3) Plaintiff's Response to Nationwide's SJM,[2] (4) Nationwide's Amended SJM,[3] (5) this Notice of Appeal, (6) Plaintiff's November 4, 2011 Motion to Amend[4] and (7) this Court's October 20, 2011 Order granting Nationwide's SJM [Original Order and (8) Amended Order[5], if any].

---

[1] With any and all incorporated attachments and/or exhibits.

[2] With any and all incorporated attachments and/or exhibits.

[3] With any and all incorporated attachments and/or exhibits.

[4] With any and all incorporated attachments and/or exhibits.

[5] With any and all incorporated attachments and/or exhibits.

However, appellant contends that the Clerk of the Superior Court of Hall County transmitted to this Court only portions of the listed documents and none of the attachments and/or exhibits referenced in the five footnotes. Appellant has requested for the record on appeal to be supplemented with complete copies of the documents listed in his Notice, including copies of all attachments and/or exhibits referenced in the five footnotes.

The record should be supplemented to include the additional materials requested by appellant that were omitted from the original appellate record transmitted to this Court. However, in light of the breadth of materials omitted from the record on appeal, the indeterminate amount of time it will take to prepare and transmit these materials to this Court, and the constitutional time restraints governing this Court's disposition of appeals, this case is REMANDED to the Superior Court of Hall County until preparation of the appellate record is completed by the addition of the designated materials. When the entire appeal record is prepared, the matter may then be transmitted to and re-docketed with the Court of Appeals. Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/08/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*